IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
WESTERN DIVISION

CHAD EDWARD HOLLEY            CASE NO. 3:18-cv-312

       Plaintiff

-vs-            JUDGE THOMAS M. ROSE

A&E TELEVISION, et al.,

       Defendants

_____

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE OVINGTON (DOC. 3), OVERRULING PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS (DOC. 4) AND TERMINATING THE INSTANT CASE.
_____

Pending before the Court are Plaintiff Chad Edward Holley's Objections to the Magistrate's Report and Recommendations (Doc. 4). The Report and Recommendations of United States Magistrate Judge Ovington (Doc. 3) recommends that the Court dismiss the Complaint (Doc. 1) with prejudice pursuant to 28 U.S.C. Section 1915 (e) (2).

As required by 28 U.S.C. Section 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 4), to the Magistrate Judge's Report and Recommendations (Doc. 3) are not well taken and they are hereby **OVERRULED**. Wherefore, the Court **DISMISSES** the Complaint (Doc. 1) with **PREJUDICE.** The Clerk is **ORDERED** to terminate the instant case.

DONE AND ORDERED this 17th day of January, 2019.

January 17, 2019          *s/***Thomas M. Rose**

                         _____
                         JUDGE THOMAS M. ROSE