# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Chad Edward Holley <br> *Plaintiff* <br> v. <br> A&E Television Networks, LLC et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:18-cv-312 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE OVINGTON, OVERRULING PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS, TERMINATING THE INSTANT CASE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations

Date: 1/18/2019

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk